Diego Rodriguez DE SOUZA, a.k.a.
Diego Souza, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 11–72169.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 21, 2014.*

Filed Jan. 27, 2014.

Stephen Shaiken, Law Office of Stephen
Shaiken, San Francisco, CA, for Petitioner.

Theodore Charles Hirt, OIL, DOJ–U.S.
Department of Justice, Washington, DC,
Chief Counsel ICE, Office of the Chief
Counsel Department of Homeland Securi-
ty, San Francisco, CA, for Respondent.

Before: CANBY, SILVERMAN, and
PAEZ, Circuit Judges.

MEMORANDUM **

Diego Rodriguez De Souza, a native and
citizen of Brazil, petitions for review of the
Board of Immigration Appeals' ("BIA") or-
der dismissing his appeal from an immi-
gration judge's decision denying his appli-
cation for protection under the Convention
Against Torture ("CAT"). We have juris-
diction under 8 U.S.C. § 1252. *Alphonsus
v. Holder*, 705 F.3d 1031, 1036–37 (9th
Cir.2013); *Arteaga v. Mukasey*, 511 F.3d
940, 942 n. 1 (9th Cir.2007). We review for
substantial evidence the agency's factual
findings. *Silaya v. Mukasey*, 524 F.3d
1066, 1070 (9th Cir.2008). We deny the
petition for review.

Substantial evidence supports the BIA's
determination that De Souza did not estab-
lish that he is more likely than not to be
tortured if removed to Brazil. *See Al-
phonsus*, 705 F.3d at 1049–50. According-
ly, De Souza's CAT claim fails.

**PETITION FOR REVIEW DENIED.**

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.

